No. 271. ADAMS v. MARYLAND. Court of Appeals of Maryland. Certiorari granted limited to question No. I presented by the petition for the writ [*i. e.,* whether 18 U. S. C. § 3486 "renders inadmissible testimony given by Adams before a Senate Committee in a criminal case in the Maryland Courts and in turn avoids a conviction which has to rely upon the testimony thus admitted?"]. *James A. Cobb* and *George E. C. Hayes* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, *J. Edgar Harvey,* Deputy Attorney General, and *W. Giles Parker,* Assistant Attorney General, for respondent.

No. 128, Misc. NORTH v. FLORIDA. Supreme Court of Florida. Certiorari granted. *C. Jay Hardee, Claude Pepper* and *John R. Parkhill* for petitioner.

No. 167. STUYVESANT TOWN CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Eugene Meacham* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Harry Baum* for the United States.

No. 260. KITZEN v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 266. FALSONE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *George W. Ericksen, Howard P. Macfarlane* and *Hugh C. Macfarlane* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Louise Foster* for the United States.